Daniel P. Struck, Bar No. 012377
Courtney Lacaillade, Bar No. 035573
STRUCK LOVE BOJANOWSKI & ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
clacaillade@strucklove.com

*Attorneys for Defendant 10 Roads Express LLC.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Ara Babayan,<br><br>            Plaintiff,<br><br>      v.<br><br>10 Roads Express LLC; Michael John Dart, and Does 1 to 30, Inclusive,<br><br>            Defendants. | No. _____<br><br>**NOTICE OF REMOVAL** |

Pursuant to 28 U.S.C. §§ 1332(a) and 1441(b), Defendant 10 Roads Express LLC, removes Cause No. C20225040 from the Superior Court of the State of Arizona, County of Pima to the United States District Court for the District of Arizona. Removal is proper for the following reasons:

1. On December 15, 2022, Plaintiff filed his Complaint in the Superior Court of Arizona, County of Pima under the caption, "*Ara Babayan v. 10 Roads Express, LLC, et al*," Cause No. C20225040. A copy of the Complaint is attached as **Exhibit 1**

2. Defendant 10 Roads Express LLC received formal notice of this pleading on December 20, 2022, when it was served through its statutory agent.

3. This Court has diversity jurisdiction pursuant to 28 U.S.C. § 1332(a). According to Plaintiff's Complaint, he is a citizen of Los Angeles, California. (Complaint at 3, ¶ 1.) Defendant 10 Roads Express LLC is a Delaware corporation, with its principal place of business located in Carter Lake, Iowa and therefore it is a citizen of those states. *See* 28 U.S.C. § 1332(c)(1). Michael John Dart, who has not been served, is a citizen of

Fort Stockton, Texas.

4. The amount in controversy exceeds the $75,000 jurisdictional threshold as Plaintiff's Complaint selected the case to proceed as a Discovery Tier 3, which involves amounts in controversy that exceed $300,000. *See* Ariz. R. Civ. P. 26.2(c)(3)(C) (*See* Complaint Civil Cover Sheet.)

5. As such, this Court has diversity jurisdiction over Plaintiff's suit pursuant to 28 U.S.C. §§ 1332(a) and 1441(b).

6. This Notice of Removal is filed within thirty days of service of the Complaint upon Defendant 10 Roads Express LLC and is thereby timely pursuant to 28 U.S.C. § 1446(b)(2)(B).

7. Defendant 10 Roads Express LLC is the only defendant who has been "properly joined and served" and consents to the removal of this action pursuant to 28 U.S.C. § 1446(b)(2)(A).

8. True and correct copies of all pleadings currently on file with the Superior Court of Arizona, County of Pima are attached as **Exhibit 2**.

9. Defendant 10 Roads Express LLC filed a Notice of Filing Notice of Removal in the Superior Court of Arizona, County of Pima, which is attached as **Exhibit 3**.

Pursuant to Federal Rule of Civil Procedure 81(c), Defendant will file its response to Plaintiff's Complaint within 7 days of the date of this removal.

WHEREFORE, Defendant respectfully requests that the above-captioned action now pending in the Superior Court of Arizona, County of Pima be removed to this Court.

DATED this 9th day of January, 2023.

          STRUCK LOVE BOJANOWSKI & ACEDO, PLC

          By   /s/ Courtney Lacaillade
              Daniel P. Struck
              Courtney Lacaillade
              3100 West Ray Road, Suite 300
              Chandler, Arizona 85226

          *Attorneys for Defendant 10 Roads Express LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 9, 2023, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

N/A

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

Travis Davis
34 Hermosa Ave.
Hermosa Beach, CA 90254
tdavis@justiceteam.com

/s/     Courtney Lacaillade