Daniel P. Struck, Bar No. 012377
Ashlee B. Hesman, Bar No. 028874
STRUCK LOVE ACEDO, PLC
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
dstruck@strucklove.com
ahesman@strucklove.com

*Attorneys for Defendant 10 Roads Express LLC and Michael John Dart*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Ara Babayan,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>10 Roads Express LLC; Michael John Dart, and Does 1 to 30, Inclusive,<br>　　　　　　　　　　　Defendants. | NO. 4:23-cv-00019-AMM<br><br>**NOTICE OF SETTLEMENT** |

　　　The parties notify the Court that they have reached an agreement to settle this matter and are in the process of finalizing the settlement agreement. The parties anticipate filing a Stipulation for Dismissal with Prejudice within the next 45 days.

　　　Accordingly, the Parties respectfully request that the Court vacate all deadlines, including the July 2, 2025 pretrial conference and July 14, 2025 jury trial. However, the parties request that the Court retain jurisdiction to the extent there is a dispute as to the reasonableness of, or Plaintiff's ability to recover, his taxable costs.

DATED this 1st day of July , 2025.

         STRUCK LOVE ACEDO, PLC

         By    /s/ Ashlee B. Hesman
           Daniel P. Struck
           Ashlee B. Hesman
           3100 West Ray Road, Suite 300
           Chandler, Arizona 85226

           *Attorneys for Defendant 10 Roads Express LLC and Michael John Dart*

         THE SIMON LAW GROUP, LLP

         By    */s/ Travis E. Davis(w/permission)*
           Travis Davis
           Evan Garcia
           Jason Sanchez
           2916 W. 164th St.
           Torrance, CA 90504

           *Attorney for Plaintiff*

# CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

The Simon Law Group   teamoc@justiceteam.com
teamAZ@justiceteam.com

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is not a registered participant of the CM/ECF System:

/s/   B. Bull