# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ara Babayan, | No. CV-23-00019-TUC-AMM |
| Plaintiff, | **ORDER** |
| v. | |
| 10 Roads Express LLC, et al., | |
| Defendants. | |

On July 1, 2025, the parties filed a Notice of Settlement indicating that they have reached a resolution in this matter and are in the process of finalizing a settlement agreement. (Doc. 126.) Pursuant to the Notice of Settlement,

**IT IS ORDERED** that all remaining deadlines in this matter are **VACATED**, including the Final Pretrial Conference set for July 2, 2025 and the Jury Trial set for July 14, 2025. The parties shall file their dismissal documents on or before **August 15, 2025**.

Dated this 1st day of July, 2025.

Honorable Angela M. Martinez
United States District Judge