**THE SIMON LAW GROUP, LLP**
Travis Davis, Esq. (Bar No. 032985)
Evan Garcia, Esq. (Bar No. 039146)
Jason Sanchez, Esq. (Admitted *Pro Hac Vice*)
2916 W. 164th St.
Torrance, CA 90504
Email: teamaz@justiceteam.com
Tel: (310) 914-5400
Fax: (310) 914-5401

*Attorneys for Plaintiff, Ara Babayan*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| ARA BABAYAN,<br><br>          Plaintiff,<br><br>     vs.<br><br>10 ROADS EXPRESS LLC; MICHAEL JOHN DART, and DOES 1 to 30, Inclusive<br><br>          Defendants. | Case No.: 4:23-cv-0019-AMM<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed:  January 9, 2023<br>Trial Date:  July 14, 2025<br>Hon.: Judge Angela M. Martinez |

The parties, by and through their undersigned counsel, stipulate to the dismissal of all parties and the above-entitled action with prejudice, with each party to bear their own attorneys' fees and costs.

1
**STIPULATION FOR DISMISSAL WITH PREJUDICE**

DATED this 19th day of August, 2025.

          STRUCK LOVE & ACEDO, PLC

By   */s/ Ashlee Hesman (with permission)*
    Daniel P. Struck
    Ashlee Hesman
    3100 West Ray Road, Suite 300
    Chandler, Arizona 85226

*Attorneys for Defendant 10 Roads Express LLC and Michael John Dart*

THE SIMON LAW GROUP, LLP

By   */s/ Travis E. Davis*
    Travis Davis
    2916 W. 164th St.
    Torrance, CA 90504

*Attorney for Plaintiff*

**STIPULATION FOR DISMISSAL WITH PREJUDICE**

# PROOF OF SERVICE
## Case No. 4:23-cv-00019-JCH

I hereby certify that on August 19, 2025, I served a true and correct copy of **STIPULATION FOR DISMISSAL WITH PREJUDICE** via email to counsel of record:

    **ORIGINAL** of the foregoing e-mailed
    This August 19, 2025 to:

Daniel P. Struck, Esq.
Ashlee Hesman, Esq.
**STRUCK LOVE & ACEDO, PLC**
3100 West Ray Road, Suite 300
Chandler, Arizona 85226
Telephone: (480) 420-1600
Emails: dstruck@strucklove.com; clacaillade@strucklove.com; bbull@strucklove.com; sberry@strucklove.com

*Attorneys for Defendant 10 Roads Express, LLC. And Michael John Dart*

*By: /s/ Jenelle Davis*
Paralegal

3
**STIPULATION FOR DISMISSAL WITH PREJUDICE**